# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAI FUNG WU, | No. 4:26-CV-00665 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| TODD LYONS, *et al.*, | |
| Respondents. | |

## ORDER

**APRIL 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Wu's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED** in part without prejudice and **DISMISSED** in part, as detailed in the Memorandum Opinion; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge